IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HANSEL, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 17-3931 |
| AETNA LIFE INSURANCE CO., et al., | |
| Defendants. | |

# ORDER

**AND NOW,** this 25th day of June, 2018, upon consideration of Defendant Aetna Life Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 13), Plaintiff's Response in Opposition (Doc. No. 14), and Defendant Aetna Life Insurance Company's Reply (Doc. No. 17), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**